REJECTED PURSUANT TO RULE 79.2(C)
COURT OF CRIMINAL APPEALS

December 30, 2015

ABEL ACOSTA, CLERK

PD-0425-15

Julio Torres Palomo
T.D.C.J.#1923341
McConnell Unit
3001 S. Emily dr.
Beeville, Texas
        78102

December 28, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

COURT OF CRIMINAL APPEALS
        OF TEXAS
P.O.Box 12308
CAPITOL STATION
AUSTIN,TEXAS
        78711

Subject: Please stamp & date this Petition.

Greetings: May God's blessings be with you & yours this holiday season...

Please stamp & date this petition "Motion for Reconsideration of Appellant's Petition for Discretionary review,with opinion. In it's proper court.

thank you,
Respectfully...

Julio T. Palomo
#1923341

EX PARTE                 §    TR.CT.No.28777
JULIO TORRES PALOMO      §    COA.No.06-14-00076-CR
T.D.C.J. #1923341         §    PD-0425-15
                       §

---

Petition's Motion for Reconsideration
of Appellantant's Pro-Se Petition for
Discretionary Review,With Opinion

---

TO THE HONORABLE JUGDE OF SAID COURT:

Now comes,Ex Parte Julio Torres Palomo,T.D.C.J. #1923341 currently in confinement
at the William G. McConnell Unit 3001 S. Emily dr. Beeville, Texas 78102.
In request of Petitioner's Motion for Reconsideration of appellant's Pro-Se
Petition for Discretionary review,with opinion.
Petitioner shall show the following,as this is firmly grounded in the statues
and not for reasons to delay justice.

## I.

On December 16,2015, Julio T. Palomo,T.D.C.J.#1923341,was sent a decision from
this Honorable Court stating "Appellant's Pro-Se Petition for Discretionary
review had been refused". It arrived on December 21,2015.

## II.

According to rules of Appellant Procedure rule 47.1, "The Court of Appeals 'MUST'
hand down a written opinion that is as brief as practicable but'Which addresses
the every issue and necessary to finalize the disposition of the appeal"'.
Effective September 1,2003.

## III.

REHEARING:Rule 79.1,Texas Rules of Appeellant Procedure.
Parties in a Appellant setting may object,through Motion for rehearing to the
Appellant Court's due to failure to address systemic requirements on the original
submission. See,Hughes v. State,(CR.APP.1992),878 S.W. 2d 142.

## IV.

Remand in the interest of Justice,rule 78.2:
When reversing the Court of Appeals, Judgment. The Court of Criminal Appeals,may
in the interest of justice remand the case to the trial court even if a rendition
of the justice is otherwise appropriate. Effective September 1, 1997.

## V.

Hughes v. State,878 S.W.2d 142(Tex.Cr.App.1992).
Where an Appellant Court failed to address issues of whether error has been
preserved or forfeited by the parties.(due to no error of defendant) the parties
may call,to the courts attention for such failure.

In Motion for rehearing.

## VI.

This Motion gives Appellant Court opportunity to examine an issue possibly over-looked, thus promoting efficiency in the legal system. A trial Judge has certain independent duties to perform at a trial,when he fails to perform,any of these duties the parties may object to,through a Motion for Rehearing.

## VII.

The after the fact is not unfair to one party or another... "unless this Court decides,to dismiss this pro-se petitioner 'without a written order'".
Which simply gives this Appellant"no opportunity"to redress the court,then this becomes an issue of a violation of the Fourteenth Amendment of the United States Constitution.
A written order(brief)is to maintain the essential integrity of the legal system by enforcing all, Appellant courts to observe the systemic requirements.
In and for the interest of justice and fair play. It is Petitioner's request that this Honorable Court conduct a Rehearing on Appellant's issues and Remand this case back to the Trial Court for a new Trial.

## PRAYER

Wherefore,all premises maybe reconsidered,may this Honorable court,by the almighty grace of God... Grant this Appellant all the issues requested set-forth in his petition,that he maybe remanded back to Trial Court for a new Trial.
So help me God...

## Inmate Declaration

I,Juilo Torres Palomo,T.D.C.J.#1923341,hereby declare that I am presently at the William G. McConnell Unit 3001 S, Emily dr. Beeville, Texas 78102.
I hereby declare under the laws and penalty's of prejury of this State that all the foregoing facts and statements are true and correct to the best of my know-ledge,so help me God.

Executed on this 28 day of
December 2015.

Respectfully Submitted,

*Juilo T. Palomo*
Juilo Torres Palomo
T.D.J.#1923341
McConnell Unit
3001 S. Emily dr.
Beeville, Texas
78102

(2).